UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE'S CAPITAL AND LEASING
CORPORATION,

        CASE NUMBER: 07-14566

      Plaintiff,

v.        HONORABLE JOHN CORBETT O'MEARA

CHARLES PHILLIPS, BARBARA
WOLAK, and ROBOCOLOR, L.L.C.,

      Defendants.
                                     /

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Mona K. Majzoub's August 16, 2010, Report and Recommendation. The court being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

                                         s/John Corbett O'Meara
                                         United States District Judge

Date: October 1, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 1, 2010, by electronic and ordinary mail.

                                         s/William Barkholz
                                         Case Manager